**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

FFC MORTGAGE CORP.,

                                    Plaintiff,

          vs.

STEVEN LO BUE, BRIAN KELLY, and
SHAF KAMAL,

                                    Defendants.

Case No.: 6:19-cv-06420 (MAT)

## NOTICE OF MOTION TO DISMISS AND/OR COMPEL ARBITRATION OF CLAIMS ASSERTED AS AGAINST DEFENDANTS LO BUE AND KELLY

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declaration of Ariel Y. Graff and exhibits attached thereto, the Declaration of Christopher J. Carcich and exhibits attached thereto, together with all prior pleadings and proceedings had herein, Defendants Lo Bue and Kelly hereby respectfully move this Court, before the Honorable Michael A. Telesca, 100 State Street, Rochester, New York 14614, for an Order: dismissing the claims asserted against them in this action by Plaintiff FFC Mortgage Corp. ("FFC"), pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6); and compelling arbitration of any claims against them by FFC, pursuant to Sections 3 and 4 of the Federal Arbitration Act, 9 U.S.C. § 1, *et seq*.

In accordance with Local Civil Rule 7(b)(2)(B), Plaintiff shall have until July 8, 2019 to file and serve responding papers, and Defendants shall have until July 15, 2019 to file and serve their anticipated reply papers, except as otherwise directed or permitted by the Court.

/ / /

/ / /

/ / /

Dated:  June 21, 2019

        Respectfully submitted,

By: _Ariel Y. Graff_              By: /s/ Christopher J. Carcich
        Ariel Y. Graff                     Christopher J. Carcich

FILOSA GRAFF LLP              CARCICH O'SHEA, LLC
111 John Street, Suite 2510      411 Hackensack Ave., 2nd Floor
New York, NY 10038           Hackensack, NJ 07601
Tel: (212) 203-3473           Tel: (201) 988-1308
Fax: (212) 256-1781          Fax: (201) 338-7966
agraff@filosagraff.com        ccarcich@carcichoshea.com

*COUNSEL FOR DEFENDANT*     *COUNSEL FOR DEFENDANT*
*STEVEN LO BUE*               *BRIAN KELLY*